**Order filed, March 16, 2020.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-20-00156-CR
_____

### EX PARTE DAVID  MARK  TEMPLE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 178th District Court
Harris County, Texas
Trial Court Cause No. 1662171**

---

### ORDER

The reporter's record in this case was originally due February 20, 2020.  *See* Tex. R. App. P. 35.1.  On February 27, 2020, this court ordered the court reporter to file the record within 10 days.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Gail Rolen, the court reporter, to file the record in this appeal **within 10 days** of the date of this order. **No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If Gail Rolen does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan and Poissant.